UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

VLADISLAV NECEAEV,

                              Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 MAG 2363
--CR------(--)(--)

Defendant __VLADISLAV NECEAEV_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

__X__    Initial Appearance Before a Judicial Officer

____    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Bail/Detention Hearing

____    Conference Before a Judicial Officer

_Ezra Spilke_ BY AND THROUGH COUNSEL
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_VLADISLAV NECEAEV_____
Print Defendant's Name

_Ezra Spilke_
_____
Defendant's Counsel's Signature

_EZRA SPILKE_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_April 19, 2021_____
Date

_____
JAMES L. COTT
United States Magistrate Judge